NO. 07-09-0230-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

AUGUST 25, 2009
_____

IN RE ESTATE OF KENNETH LEE PEARSON, DECEASED
_____

FROM THE COUNTY COURT OF POTTER COUNTY;

NO. 28633-01-P; HONORABLE ARTHUR WARE, JUDGE
_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**ON MOTION TO DISMISS**

Appellant, Mary S. Stevens Pearson, has filed a motion to dismiss this appeal. No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. TEX. R. APP. P. 42.1(a)(1). All costs related to this appeal are assessed against appellant. If dismissal will prevent appellee from seeking relief to which she would otherwise be entitled, the Court directs appellee to file a timely motion for rehearing. No motion for rehearing from appellant will be entertained.


Mackey K. Hancock
Justice